■ In the Matter of Martin S. Shepherd, Jr., Appellant, et al., Petitioner, v. James M. Power et al., Constituting the Board of Elections of the City of New York, Respondents.— In a proceeding under section 330 of the Election Law, to require the Board of Elections of the City of New York to place the name of the petitioner Shepherd on the official primary ballot as a candidate of the Republican party for the office of Member of the Assembly from the Six Assembly District, Kings County, and to place the names of the petitioners Shepherd and Henderson on said ballot as candidates of said party for the positions of male and female leader, respectively, of the said Assembly District, petitioner Shepherd appeals from an order of the Supreme Court, Kings County, entered August 28, 1962, which dismissed the petition. Order affirmed, without costs. No opinion. Motion by appellant Shepherd for leave to appeal to the Court of Appeals denied. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ Vito Arena, III, an Infant, by His Guardian ad Litem, Vito Arena, Jr., et al., Respondents, v. Emil Deutsch et al., Appellants.— Motion by appellants for a stay, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the November Term, beginning October 22, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before October 1, 1962. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of Patricia Franklin, Respondent-Appellant, v. James E. Colaneri, Appellant-Respondent.— Motion by complainant to dismiss appeal granted; appeal dismissed. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ Thomas Trippe et al., Respondents, v. Port of New York Authority, Appellant, et al., Defendants.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the November Term, beginning October 22, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before September 27, 1962. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ Nadia Dimmick, Respondent, v. Edward W. Dimmick, Appellant.— Motion by respondent for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ Julia S. Hubbard, Appellant, v. City of White Plains et al., Respondents, et al., Defendant.— Motion by appellant to stay order and judgment, pending appeal therefrom, denied. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ Shirley Gilece, Respondent, v. Maxine Iovino et al., Appellants, and Jerome A. Lawrence, Respondent, et al., Defendants.— Motion by appellants for a stay, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the November Term, beginning October 22, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before September 27, 1962. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ Robert G. Hayduk, Respondent, v. Mahoney Motor Sales, Inc., Appellant.— Motion by appellant to amend *nunc pro tunc* its notice of appeal, dated June 15, 1962, so as to read that the appeal is from a judgment of the City Court of Yonkers *to this court*, instead of to the Appellate Term of the Supreme Court as now specified in the notice. Motion denied, without prejudice to an application for such amendment to the City Court of Yonkers or to the Appellate Term (Civ. Prac. Act, § 107; cf. *Kalish* v. *Belmont Motors*, 280 App. Div. 824). Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.